CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARABIAN WIND LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARABIAN WIND LTD.,

      Plaintiff,      08 CV 6967

  v.             **STATEMENT PURSUANT**
NORTHWEST PETROLEUM & GAS CO. LTD., **TO RULE 7.1**

      Defendant.
------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, ARABIAN WIND LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
   August 5, 2008

               CHALOS, O'CONNOR & DUFFY, LLP
               Attorneys for Plaintiff,
               ARABIAN WIND LTD.,

    By: _____
               George E. Murray (GM-4172)
               Owen F. Duffy (OD-3144)
               366 Main Street
               Port Washington, New York 11050
               Tel: (516) 767-3600
               Fax: (516) 767-3605