CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARAL WIND LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARAL WIND LTD.,

                        Plaintiff,

     v.

BLUE-EDGE GLOBAL RESOURCES LIMITED,

                        Defendant.
-----------------------------------------------------------X

08 CV 6966 (JFK) JFK

-----------------------------------------------------------X
ARABIAN WIND LTD.,

                        Plaintiff,

     v.

NORTHWEST PETROLEUM & GAS CO. LTD.,

                        Defendant.
-----------------------------------------------------------X

08 CV 6967 (UA/JFK)

## STATEMENT OF RELATEDNESS

These cases are related. The Plaintiffs are similarly-situated entities that have the same managing and/or general agent in New York, *i.e.* Eastwind Investment Company. The Plaintiffs are both represented by the same firm and attorney, *i.e.* the undersigned. Both Plaintiffs chartered the ocean-going vessels they own to the same entity, Pakri

Tankers Ou and/or Baltic Tankers Ou (hereinafter the "Charterer"). The Charterer then sub-chartered the vessels to two different Nigerian entities which are the Defendants in these two cases. As such, evidence from both cases will be in the hands of the Plaintiffs' agent in New York, in the hands of the Charterer, and/or in Nigeria where both Defendants are located. Judicial economy will be gained by having these two cases assigned to the same Judge in the Southern District of New York. As such, we respectfully request that these matters be assigned to the same Judge.

Dated: Port Washington, New York
       August 5, 2008

By: *[signature]*

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs,
ARAL WIND LTD.
and
ARABIAN WIND LTD.,

George E. Murray (GM-4172)
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605