```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

Arabian Wind

—v—

Northwest Petroleum

-------------------------------------X

08 civ 6967 (JFK)

Please be advised that the conference scheduled for **October 9, 2008** has been rescheduled to **October 14, 2008** at **10:00 a.m.** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
August 22, 2008

_____
JOHN F. KEENAN
United States District Judge